IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07cr3019 |
| v. | ) ) | |
| EMMETT LLOYD DAVIDSON, | ) ) | **SEALED** REASSIGNMENT ORDER |
| Defendant. | ) ) ) | |

It has come to this court's attention that this case is related to 4:05CR3103. Therefore,

IT IS ORDERED that this case is reassigned to Senior Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 23rd day of January, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge