IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )              4:07CR3019
          v.                       )
                                   )
EMMETT LLOYD DAVIDSON,             )
                                   )              ORDER
                Defendant.         )
_____    )


        IT IS ORDERED:

        1.  The motion of Franklin E. Miner to withdraw as counsel
for the defendant, filing 17, is granted.

        2.  The Federal Public Defender for the District of Nebraska
shall provide the court with a draft appointment order (CJA Form
20) for substitute counsel bearing the name and other identifying
information of the CJA Panel attorney identified in accordance
with the Criminal Justice Act Plan for this district.

        2.  The newly-appointed attorney shall file an entry of
appearance as soon as practicable.

        DATED this 6th day of March, 2007.

                                BY THE COURT:

                                s/ *David L. Piester*

                                David L. Piester
                                United States Magistrate Judge