IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3019 |
| v. ) | |
| ) | |
| EMMETT LLOYD DAVIDSON, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

The motion of Todd W. Lancaster to withdraw as counsel for the defendant, filing 32, is granted and attorney Jim K. McGough is appointed to represent the defendant.

DATED this 19th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge